1  KAMALA D. HARRIS
   Attorney General of California
2  STEPAN A. HAYTAYAN
   Supervising Deputy Attorney General
3  ANTHONY R. HAKL
   Deputy Attorney General
4  State Bar No. 197335
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 322-9041
     Fax: (916) 324-8835
7    E-mail: Anthony.Hakl@doj.ca.gov
   *Attorneys for Defendants*
8  *Attorney General Kamala D. Harris and*
   *Governor Edmund G. Brown Jr.*

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES d/b/a NIFLA, a Virginia corporation, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA HARRIS, in her official capacity as Attorney General for the State of California, et al.**,<br><br>Defendants. | Case No. 3:15-cv-02277-JAH-DHB<br><br>**DEFENDANT ATTORNEY GENERAL KAMALA D. HARRIS'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: January 11, 2016<br>Time: 2:30 p.m.<br>Dept.: 13B<br>Judge: John A. Houston<br>Trial Date: None<br>Case Filed: October 13, 2015 |

Because this case is not ripe for review, the Court should dismiss this matter with prejudice for lack of subject matter jurisdiction.

Federal Rules of Civil Procedure 12(b)(1) allows a party to raise the defense that the court lacks "jurisdiction over the subject matter" of a claim. "A motion to dismiss for lack of subject matter jurisdiction may either attack the allegations of the complaint or may be made as a 'speaking motion' attacking the existence of subject matter jurisdiction in fact." *Thornhill Publ'g Co. v. Gen. Tel. & Elecs.*, 594 F.2d 730, 733 (9th Cir. 1979) (citations omitted). The instant Rule 12(b)(1) motion attacks the allegations of the complaint. In such an instance, and similar to the standards applicable to Rule 12(b)(6) motions, the district court must accept the allegations of the complaint as true. *See Safe Air for Everyone v. Meyer*, 373 F.3d 1035, 1039 (9th Cir. 1994); Schwarzer, Tashima & Wagstaffe, *Rutter Group Practice Guide: Fed. Civil Procedure Before Trial*, § 9:84 (The Rutter Group 2007).

Where a Rule 12(b)(1) motion is brought, the burden of proof is on the party asserting federal subject matter jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1944); *Thornhill Publ'g Co.*, 594 F.2d at 733.

Defendant Kamala D. Harris, the Attorney General of California, is filing this motion to dismiss concurrently with her opposition to Plaintiffs' motion for preliminary injunction. As explained in detail in that brief, the Court should deny Plaintiffs' motion for preliminary injunction because, among other reasons, this case is not ripe for judicial review. (*See* Defendants' Opposition to Plaintiffs' Motion For Preliminary Injunction at 11-14.) That discussion is incorporated here by this reference.

Because there is no ripe dispute, the Attorney General respectfully requests that the Court dismiss this action with prejudice, in addition to denying preliminary injunctive relief. *See Thomas v. Anchorage Equal Rights Comm'n*, 220 F.3d 1134, 1142 (9th Cir. 2000) ("Because this action is not ripe for judicial review, we vacate

1

Def. Atty General's Memo P's and A's in Support of Mtn to Dismiss  (15-cv-02277-JAH-DHB)

the district court's decision and remand this case to the district court with the instruction to dismiss the action without prejudice."); *see also Shelter Creek Dev. Corp. v. City of Oxnard*, 838 F.2d 375, 377 (9th Cir. 1988) ("The question of ripeness goes to our subject matter jurisdiction to hear the case."). The Court therefore should grant the Attorney General's motion to dismiss.

Dated: November 13, 2015               Respectfully Submitted,

                                       KAMALA D. HARRIS
                                       Attorney General of California
                                       STEPAN A. HAYTAYAN
                                       Supervising Deputy Attorney General


                                       /s/ *Anthony R. Hakl*
                                       ANTHONY R. HAKL
                                       Deputy Attorney General
                                       *Attorneys for Defendant*
                                       *Kamala D. Harris and Edmund G.*
                                       *Brown, Jr.*

SA2015105533
12042002.doc

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | National Institute of Family and Life Advocates, et al. v. Kamala Harris, et al. | No. | 15-cv-02277-JAH-DHB |

I hereby certify that on <u>November 13, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL KAMALA D. HARRIS'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 13, 2015</u>, at Sacramento, California.

| Tracie L. Campbell | *Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2015105533
12041659.doc